IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO.:   1:13CR00126-BYP-1 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| vs. | ) | |
| | ) | |
| DIVNA MASLENJAK | ) | |
| | ) | |
| Defendant. | ) | |

# NOTICE OF APPEAL

Now comes the Defendant/Appellant, Divna Maslenjak, by and through counsel, and hereby gives notice that Defendant hereby appeals to the United States Court of Appeals for the Sixth Circuit from the sentencing and judgment of this United States District Court for the Northern District of Ohio, Eastern Division, entered in this action on the 15th day of August, 2014 and also any related pre- and post-trial orders denying relief as requested by Defendant/Appellant, specifically but not limited to, the Order resolving ECF No. 42 filed on August 14, 2014.

      Respectfully submitted,

      BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC

      By:   /s/  *Peter T. Cahoon*
           Peter T. Cahoon  #0007343
           Joshua D. Nolan #0084592
           3800 Embassy Parkway, Suite 300
           Akron, Ohio  44333
           Phone:  (330) 376-5300
           Attorneys for Defendant/Appellant

## PROOF OF SERVICE

A true copy of the foregoing was filed electronically in Case No. 1:13CR00126-001. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

A true copy of the foregoing has been sent, by ordinary U.S. Mail service, this 28th day of August, 2014, to

Phillip J. Tripi
Assistant U.S. Attorney
801 W. Superior Ave., Suite 400
Cleveland, Ohio 44113

Adam Hollingsworth
Assistant U.S. Attorney
801 W. Superior Ave., Suite 400
Cleveland, Ohio 44113

/s/ *Peter T. Cahoon*
Peter T. Cahoon #0007343
Attorney for Defendant

AK3:1174729_v1