FILED
21 MAY 14 PM 4: 41
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
| v. | ) | Case No. 1:13CR126 |
| DIVNA MASLENJAK | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 04.26.2022

*Divna Maslenjak*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

Patrick Haney
*Printed name of defendant's attorney*

*[signature]*
*Judge's signature*

Benita Y. Pearson, United States District Judge
*Judge's printed name and title*