

Robin K. Grimes
Chief

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

U.S. Pretrial Services and Probation Office
2 South Main Street, Suite B3-55
Akron, Ohio 44308-1810
FAX 330.252.6240



Tim Highbaugh
Assistant Deputy Chief

August 12, 2016

Ms. Divna Maslenjak
2783 Old Home Road
Akron, OH 44312

RE: Termination of Supervision
Case No: 1:13CR00126-001

Dear Ms. Maslenjak:

Inasmuch as you have completed the requirements of your two (2) year period of Probation supervision, you are hereby discharged from the supervision of this office, effective August 6, 2016.

On behalf of the U.S. Pretrial Services and Probation Office of the Northern District of Ohio, I would like to congratulate you on your successful completion of supervision and offer you best wishes for good health and continued success.

Sincerely,

Julie A. Gray
U.S. Pretrial Services and Probation Officer
(330) 252-6292